IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              CR 19-0138 KG

GABRIEL MANUEL LUCERO,

    Defendant.

## ORDER

This matter is before the Court on Defendant Gabriel Lucero's motion for leave to proceed on appeal without prepayment of costs or fees. (Doc. 134-1). Defendant has been in the custody of the United States Marshals or the Bureau of Prisons continuously since October 2018. Defendant's financial information reflects he is eligible for appointment of CJA counsel under 18 U.S.C. § 3006A. Accordingly, Defendant's Motion is granted and he may proceed on appeal without prepayment of costs or fees.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE